IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JIMMIE LEE CATO, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05CV00070 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY BONDURANT, | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the motion for summary judgment filed by the United States shall be and hereby is **GRANTED**, and this action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 19th day of April, 2006.

_____
United States District Judge